## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JANE DOE,<br><br>                         Plaintiff,<br><br>    -against-<br><br>2. RICARDO MUNGUIA,<br>                    Defendant. | **COMPLAINT**<br><br>No.   24-cv-00394-SH |

Plaintiff JANE DOE ("Plaintiff"), by her attorneys DANIEL SZALKIEWICZ & ASSOCIATES, P.C., as and for her Complaint hereby alleges, upon information and belief, as follows:

### PRELIMINARY STATEMENT

1. Nonconsensual pornography – sometimes called revenge porn or image-based sexual abuse – is a crime and civil tort which occurs when a person shares a victim's intimate content with third parties without the victim's consent. While the intimate content is typically consensually recorded, the nonconsensual aspect of the offense comes into play with the dissemination of the content: pictures and/or videos depicting certain body parts and/or sexual acts.

2. Though the term "revenge porn" evokes the notion of disgruntled former romantic partners inflicting pain on their exes in retaliation for ending a relationship, the phrase is a misnomer and many laws have adapted to apply equally to all individuals who share such content without consent, regardless of whether the publisher has a personal vendetta against the individual depicted.

3.      Accordingly, the troves of online predators who use and trade as currency naked photographs and videos of victims who have not provided consent are, with limited exceptions, breaking various city, state, and/or federal laws.

4.      Image-based sexual abuse goes beyond the initial distributor (the former romantic partner or hacker) and includes secondary distributors who later forward the image or video.  The actions of secondary distributors are equally as horrendous and oftentimes more damaging because their conduct enables content to "go viral" and, particularly when accompanied by threatening and abusive text, their actions escalate the harms suffered[1].

5.      Defendant RICARDO MUNGUIA ("Defendant" or "Munguia") is a classic secondary distributor, personally unknown to or by Plaintiff, but nevertheless distributing her intimate content without her permission, in violation of applicable laws.

6.      With the exception of Defendant's unsolicited attempt to connect with Plaintiff by attempting to "befriend" her on social media using an account with her intimate images, Plaintiff has never met, communicated with, or known Defendant in this action.  In fact, Plaintiff was completely unaware Defendant had gained access to her intimate images until Defendant chose to contact her to show her that he had put them online for the world to see.

7.      As a result of Defendant's conduct, Plaintiff has been harmed.  Accordingly, Plaintiff brings this action seeking injunctive, declaratory, and monetary relief against him for violations of federal privacy laws, 15 U.S.C. § 6851, Civil action relating to disclosure of intimate images, and the related Oklahoma state nonconsensual pornography statutes.

---

[1] See McGlynn, C. & Rackley, E. (2017). Image-Based Sexual Abuse. *Oxford Journal of Legal Studies,* (2017), pp. 1–28

## THE PARTIES

8.     Defendant Ricardo Munguia is a resident of the County of Tulsa, State of Oklahoma, with an address at 5504 S 74th Ave E, Tulsa, OK 74145.

9.     Defendant is the owner of the Pinterest profile anonyway75 located at the url https://www.pinterest.com/anonyway75.

10.     Defendant is the user of the Pinterest profile anonyway75 located at the url https://www.pinterest.com/anonyway75.

11.     Defendant is the exclusive operator of the Pinterest profile anonyway75 located at the url https://www.pinterest.com/anonyway75.

12.     Defendant is the exclusive owner, operator, and user of the Gmail account anonyway75@gmail.com.

## FACTUAL ALLEGATIONS

**Background and the Subject Images**

13.     Plaintiff was in a long-distance relationship with her then-boyfriend until 2017.

14.     During this time, at Plaintiff's ex-boyfriend's request, Plaintiff sent numerous still images to him, including those which were intimate in nature.

15.     It was understood between Plaintiff and her ex-boyfriend that the images were to remain strictly private.  Plaintiff never gave the ex-boyfriend or any other person permission to share the images.

16.     After the couple broke up, Plaintiff believed the images were deleted forever.

17.     However, in September 2022, Plaintiff received an anonymous follower on her Pinterest account.  The follower's profile contained one picture: an intimate image of Plaintiff.

Plaintiff immediately recognized the image as one she had sent to her ex-boyfriend and, upon further investigation, came to learn that this particular picture was just one of dozens of private images she once shared with him that had been uploaded online.

18.     Since then, Plaintiff has spent hours, if not days, trying to clear the internet of her intimate images.  Unfortunately, the images, thanks in part to the conduct of Defendant, continue to reappear online.

**Defendant Shares the Images Online**

19.     On or about October 10, 2022, Plaintiff learned her image had been shared on the website Pinterest by the account Anonyway75.

20.     Defendant named his account "Wow Wow[.]"

21.     Defendant's sole use for the account seemed to be to find Plaintiff and harass her by messaging her, "following" her account, and publishing her naked image online.

22.     The image shared by Defendant was uploaded without Plaintiff's consent, and clearly shows Plaintiff's face as well as her intimate body parts.

23.     Defendant now appears to be continuing his pattern of harassment against a new victim.

**Plaintiff Learns Defendant's Identity**

24.     Unwilling to allow Defendant to get away with his unlawful and abusive conduct, on or about October 12, 2022, Plaintiff requested from Pinterest information relating to the account Anonyway75.

25.     In response, Pinterest sent a response with, among other details, the following account information:

**Email: anonyway75@gmail.com**
**Created At: 2022/09/09 06:08:03**
**Signup Ip: 172.56.7.170**
**Most Recent Logins: 172.56.6.33 at 2022-10-04T12**
(see Exhibit 1).

26.     Plaintiff then requested additional information from Google, LLC relating to the

account email address **anonyway75@gmail.com**.  Google provided Plaintiff with numerous IP

addresses, many of which matched those associated with Defendant's Pinterest account.  Google

also shared additional IP addresses, including:

| Timestamp | IP Address |
|---|---|
| 2022-11-11 04:55:19 | 172.56.7.151 |
| 2022-11-10 20:52:56 | 2607:fb90:d902:7518:cb78:f8d1:cbf7:25f4 |
| 2022-11-10 13:48:23 | 2607:fb90:d902:7518:574f:230f:8e29:7bc1 |
| 2022-11-09 11:52:12 | 2607:fb90:d91e:ce63:e08f:c085:1315:aa01 |
| 2022-11-06 15:53:14 | 2607:fb90:d908:5f2b:ef1e:c00d:d84f:a48b |

(Exhibit 2).

27.     Plaintiff identified the IP addresses as belonging to a T-Mobile account and

requested account information from T-Mobile.  Using this data, Plaintiff was able to learn the

Anonyway75 account belonged to:

**Ricardo Munguia**
**5504 S 74TH EAST AVE**
**TULSA, OK 74145**
(see Exhibit 3).

28.     Armed with information provided by the websites and cable company, Plaintiff was

able to identify Defendant as one of the responsible individuals and initiate this action.

## FIRST CAUSE OF ACTION
## (Violation of 15 USC § 6851)

29.     Plaintiff repeats and realleges the allegations stated above as if fully set forth

herein.

30.     Defendant disclosed Plaintiff's intimate image on the Pinterest website using his computer/phone.

31.     Defendant did not obtain Plaintiff's consent to disclose the images online.

32.     Defendant knew that Plaintiff did not consent to the disclosure of the images online.

33.     As a result of Defendant's conduct, Plaintiff has been damaged.

34.     Plaintiff demands judgment for any actual damages which exceed the jurisdictional limits of all lower courts which would have otherwise have jurisdiction of this matter, but not less than $150,000.00, together with damages for pain and suffering and punitive damages, attorney's fees, costs of this litigation, injunctive relief preventing Defendant from disseminating the images, and such other relief as the Court deems equitable and just.

### SECOND CAUSE OF ACTION
**(Violation of 21 O.S. § 1040.13b)**

35.      Plaintiff repeats and realleges the allegations stated above as if fully set forth herein.

36.     Defendant disseminated an image of Plaintiff where she was over the age of 18, is identifiable, and engaged in a sexual act.

37.     Defendant intentionally disseminated the image of Plaintiff with the intent to harass, intimidate or coerce Plaintiff.

38.     Defendant knew or should have known that the image was to remain private and knew or should have known that Plaintiff did not consent to the dissemination.

39.     As a result of Defendant's actions, the Plaintiff demands judgment for any actual damages which exceed the jurisdictional limits of all lower courts which would have otherwise

have jurisdiction of this matter, together with damages for pain and suffering and punitive damages, attorney's fees, costs of this litigation, injunctive relief preventing Defendant from disseminating the images, and such other relief as the Court deems equitable and just.

### THIRD CAUSE OF ACTION
#### (Intentional Infliction of Emotional Distress)

40.     Plaintiff repeats and realleges the allegations stated above as if fully set forth herein.

41.     Defendant has engaged in the intentional, extreme, and outrageous conduct of possessing and disseminating Plaintiff's nude photographs.

42.     Defendant disseminated the photographs of Plaintiff knowing that his decision to do so would have irreversible, lifelong consequences for Plaintiff and her professional and personal reputation.

43.     Defendant's conduct was so extreme in degree and so outrageous in character that it goes beyond all possible bounds of decency.

44.     Defendant's sole purpose in sharing the images was to harass and/or embarrass Plaintiff and cause others to view Plaintiff in a sexual position.

45.     Defendant intended to cause severe emotional distress or recklessly disregarded the likelihood that such conduct would tend to cause severe emotional distress.  Such outrageous behavior is beyond the limits of decency and is intolerable in a civilized society.

46.     As a direct and proximate result of Defendant's conduct, Plaintiff suffered severe emotional distress.

47.     Defendant acted with the intent to cause severe emotional distress, or alternatively, disregarded the substantial probability that his actions would cause severe emotional distress.

48.     Here, the acts of Defendant were so egregious and were done so clearly with malice and/or reckless indifference in the face of a perceived risk that his actions would harm Plaintiff's reputation and mental wellbeing, that, in addition to all the damages inflicted upon Plaintiff and in addition to all the measure of relief to which Plaintiff may properly be entitled herein, Defendant should also be required to pay punitive damages to punish him for his reckless conduct in the further amount greater than the jurisdictional limit of all lower courts to be determined by the trier of fact, in order to deter him and others similarly situated from engaging in such conduct in the future.

49.     Plaintiff demands judgment against Defendant in an amount to be determined upon the trial of this action; said amount being sufficient to compensate Plaintiff for her severe injuries as well as an amount sufficient to punish Defendant for his willful, wanton, reckless, and unlawful conduct constituting a complete and reckless disregard for Plaintiff, together with interest, attorneys' fees, costs, and disbursements in this action; and said amount exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff prays that the Court enter judgment in their favor and against Defendant, containing the following relief:

A.     An award of damages against Defendant in an amount to be determined at trial, but not less than $150,000.00, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory damages, including, but not limited to, compensation for her emotional distress;

B.     An injunction and order permanently restraining Defendant from disseminating Plaintiff's intimate images and videos without her permission or consent;

     C.     An award of punitive damages, and any applicable penalties and/or liquidated damages in an amount to be determined at trial;

     D.     Prejudgment interest on all amounts due;

     E.     An award of costs that Plaintiff has incurred in this action, including, but not limited to, expert witness fees, as well as Plaintiff's reasonable attorneys' fees and costs to the fullest extent permitted by law; and

     F.     Such other and further relief as the Court may deem just and proper.

Dated: New York, New York

     August 21, 2024

                            Respectfully submitted,

                            **Daniel Szalkiewicz & Associates, P.C.**

                            _____

                            By:     Daniel S. Szalkiewicz, Esq.
                                    Cali P. Madia, Esq.
                            23 West 73rd Street, Suite 102
                            New York, NY 10023
                            Telephone: (212) 706-1007
                            Facsimile: (646) 849-0033
                            daniel@lawdss.com

                            *Attorneys for Plaintiff*

# Exhibit
# 1



*Pinterest LLC*
*651 Brannan St*
*San Francisco, CA, USA*

**Certificate of Authenticity of Domestic Records of Regularly Conducted Activity**
Law Enforcement Request **#3352378161329140635122965116177526847**

I, **Rachel Lopez**, certify:

1. I am employed by Pinterest, Inc. ("Pinterest"), located in San Francisco, California. I am a duly authorized custodian of records for Pinterest and am qualified to certify Pinterest's domestic records of regularly conducted activity.

2. I have reviewed the records produced by Pinterest in this matter. The records include the account information for www.pinterest.com/anonyway75 that is reasonably accessible to Pinterest on the date signed below.

3. The records provided were made and kept by the automated systems of Pinterest in the course of regularly conducted activity as a regular practice of Pinterest. The records were made at or near the time the information was transmitted by the Pinterest user.

I declare under penalty of perjury under the laws of United States of America that the foregoing certification is true and correct to the best of my knowledge.

*Rachel Lopez*
_____

**Rachel Lopez**

**Date of Production: 2022-11-08**

# *User Account Information*

| | |
|---|---|
| **Username:** | anonyway75 |
| **First Name:** | Wow |
| **Last Name:** | Wow |
| **Email:** | anonyway75@gmail.com |
| **Created At:** | 2022/09/09 06:08:03 |

## *Earliest Logins*

| | |
|---|---|
| **Login** | 172.56.7.170 (TX United States US) from android 2022-09-09T06:08:04.113712 |
| **Login** | 172.56.6.33 (TX United States US) from android 2022-10-04T12:57:57.370973 |

## *Most Recent Logins*

| | |
|---|---|
| **Login** | 172.56.7.170 (TX United States US) from android 2022-09-09T06:08:04.113712 |
| **Login** | 172.56.6.33 (TX United States US) from android 2022-10-04T12:57:57.370973 |
| **Deactivated At:** | - |
| **Voluntarily Deactivated:** | false |
| **Voluntarily Deactivated At:** | - |
| **Phone Number:** | - |
| **Signup Ip:** | 172.56.7.170 |

Exhibit
2

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 709079741774
Name: Wow Wow
Given Name: Wow
Family Name: Wow
e-Mail: anonyway75@gmail.com
Alternate e-Mails:

Created on: 2022-01-02 06:06:22 Z
Terms of Service IP: 75.7.10.153
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): October 3, 1998

Services: Gmail, Web & App Activity, Location History, Android, Google Calendar, Google Keep
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-12-16 17:01:51 Z
Last Logins:

## ACCOUNT RECOVERY

Contact e-Mail: anonyway75@gmail.com
Recovery e-Mail:
Recovery SMS:

## PHONE NUMBERS

User Phone Numbers:
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-11-11 04:55:19 Z | 172.56.7.151 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| | | | | | Mozilla/5.0 (Linux; Android |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-10 20:52:56 Z | 2607:fb90:d902:7518:cb78:f8d1:cbf7:25f4 | Login | | | |
| 2022-11-10 13:48:23 Z | 2607:fb90:d902:7518:574f:230f:8e29:7bc1 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-10 07:24:04 Z | 2607:fb90:d902:7518:574f:230f:8e29:7bc1 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-09 11:52:12 Z | 2607:fb90:d91e:ce63:e08f:c085:1315:aa01 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-09 04:55:08 Z | 2607:fb90:d91e:ce63:e08f:c085:1315:aa01 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-08 20:23:06 Z | 2607:fb90:d91e:ce63:cd51:28d:b2c6:4fb3 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-08 20:02:37 Z | 2607:fb90:d91e:ce63:cd51:28d:b2c6:4fb3 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-08 04:10:23 Z | 2607:fb90:d91e:ce63:7367:344d:ceae:1e63 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-06 15:53:14 Z | 2607:fb90:d908:5f2b:ef1e:c00d:d84f:a48b | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-11-04 06:13:42 Z | 172.56.7.3 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-03 04:51:02 Z | 2600:387:15:1017::4 | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-03 04:50:55 Z | 2600:387:15:1017::4 | Login | 36f25b6f38adc454 | | GoogleAuth/1.4 (raven TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-03 04:50:54 Z | 2600:387:15:1017::4 | Login | 36f25b6f38adc454 | | GoogleAuth/1.4 (raven TP1A.221005.002); gzip,gzip(gfe),gzip(gfe) |
| 2022-11-03 04:50:50 Z | 2600:387:15:1017::4 | Login | 36f25b6f38adc454 | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro Build/TP1A.221005.002; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/106.0.5249.126 Mobile Safari/537.36 MinuteMaid,gzip(gfe) |
| 2022-11-03 01:02:38 Z | 2607:fb90:d90a:d6b5:753e:62b1:4b85:b46b | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-02 18:04:12 Z | 2607:fb90:d90a:d6b5:ff44:6322:17e5:accf | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-02 15:54:10 Z | 2607:fb90:d90a:d6b5:a2da:70f9:65b0:708a | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-02 14:33:58 Z | 2607:fb90:d90a:d6b5:a2da:70f9:65b0:708a | Login | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| | | | | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) |

| | | | | |
|---|---|---|---|---|
| 2022-11-01 23:13:13 Z | 2607:fb90:d90a:d6b5:33df:2f11:92fa:8e48 | Login | | AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-11-01 13:50:05 Z | 2607:fb90:d90a:d6b5:6bc3:c92a:93da:b28c | Login | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-31 16:26:41 Z | 2607:fb90:d90a:d6b5:66fb:1a3f:2b14:17 | Login | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-31 05:07:11 Z | 2607:fb90:d988:a33e:c298:ca44:870a:d98e | Login | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-31 04:37:06 Z | 2607:fb90:d988:a33e:c298:ca44:870a:d98e | Login | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-29 06:29:44 Z | 2607:fb90:d907:ba83:a016:2d0a:14b0:a0bf | Login | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-28 21:17:29 Z | 172.56.7.168 | Login | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-28 05:59:46 Z | 2607:fb90:d984:b76f:90a4:951a:3a42:dab | Login | | Mozilla/5.0 (Linux; Android 13; Pixel 6 Pro) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-10-28 05:59:40 Z | 2607:fb90:d984:b76f:90a4:951a:3a42:dab | Login | 36f25b6f38adc454 | GoogleAuth/1.4 (raven TP1A.221005.002); gzip.gzip(gfe),gzip(gfe) |
| 2022-10-28 05:59:40 Z | 2607:fb90:d984:b76f:90a4:951a:3a42:dab | Login | 36f25b6f38adc454 | GoogleAuth/1.4 (raven TP1A.221005.002); gzip.gzip(gfe),gzip(gfe) |

# Exhibit 3



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697                                          January 09, 2023

---

T-Mobile / MetroPCS Tracking ID: 4164465

I, Deisi Franco, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4164465 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 9183505084 | 11/10/2022 | 11/10/2022 | Subscriber Info |
| 9183505084 | 11/09/2022 | 11/09/2022 | Subscriber Info |
| 9183505084 | 11/06/2022 | 11/06/2022 | Subscriber Info |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
      information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Law Enforcement Relations Group

**Information Provided To:**

**T··Mobile·**

| | |
|---|---|
| Agency: | Attorney/Other |
| Requestor: | DANIEL SZALKIEWICZ |
| Agent Address: | DANIEL SZALKIEWICZ & ASSOCIATES |
| Billing City, State, Zip: | NEW YORK, NY 10023-0000 |
| Provided On: | December 21, 2022 |

This is in response to the Subpoena, 814403/2022E, dated November 11, 2022,  which was serv
requested Information for the subscriber associated with MSISDN: 9183505084.

**Subscriber Details:**

| | |
|---|---|
| Subscriber Name | Ricardo Munguia |
| Subscriber Address | 5504 S 74TH EAST AVE, TULSA, OK 74145 USA |
| Subscriber Status | Active |
| Subscriber Name Effective Da | 12/06/2021 |

**Account Details:**

| | |
|---|---|
| Brand | TMUS |
| Activation Date | 12/06/2021 |
| Termination Date | |
| Account Name | Ricardo Munguia |
| Account No | 978403579 |
| Account Effective Date | 12/06/2021 |
| Account Expiration Date | |

**Device Details:**

| | | |
|---|---|---|
| IMSI | 310260200930681 | 310260200930681 |
| MSISDN Expiration Date | | |
| MSISDN Disconnect Reason | | |
| MSISDN No | 9183505084 | 9183505084 |
| MSISDN Status | Active | Active |
| MSISDN Market | TUO | TUO |
| MSISDN Name | Ricardo Munguia | Ricardo Munguia |
| SIM | 8901260208709306810 | 8901260208709306810 |
| IMEI | 352930673741940 | 352930673741940 |
| Begin Service Date | 12/06/2021 | 12/06/2021 |

**Billing Details:**

| | |
|---|---|
| Bill Name | Ricardo Munguia |
| Bill Cycle | 4 |
| Bill Address | 5504 S 74TH EAST AVE, TULSA, OK 74145 USA |
| Company Name | Munguia |
| Rate Plan | HINTMTI |
| Rate Plan Desc | T-Mobile Home Internet |
| Contact 1 | 9185273765 |
| Contact 2 | 9185273765 |
| Coupon | |