Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff JANE DOE*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO MUNGUIA, <br><br> Defendant. | **MOTION FOR LEAVE TO APPEAR ANONYMOUSLY** <br><br> Case Action No. 24-cv-394 |

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, Daniel Szalkiewicz & Associates, P.C., upon the accompanying Memorandum of Law, the Certification of JANE DOE dated August 21, 2024, and the exhibits annexed thereto, Plaintiff will move the Court, on September 16, 2024 for an Order granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as "Jane Doe" or "Plaintiff" in all filings.

Dated: New York, New York
August 26, 2024

                                                Daniel Szalkiewicz & Associates, P.C.
                                                By: */s/ Daniel S. Szalkiewicz*
                                                Daniel S. Szalkiewicz, Esq.
                                                *Attorneys for Plaintiff Jane Doe*
                                                23 West 73rd Street, Suite 102
                                                New York, NY 10023
                                                Tel: (212) 706-1007
                                                Fax: (646) 849-0033
                                                daniel@lawdss.com