OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of Oklahoma
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Heidi D. Campbell
Clerk of Court

Telephone (918) 699-4700
Fax (918) 699-4756

8/26/2024

Daniel Szalkiewicz
Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street Suite 102
New York, NY 10023

IN RE: Case No.: 24-cv-00394-SH  Jane Doe  v. Ricardo Munguia

Dear Counselor:

  Since you are an attorney of record in the above-styled case, your attention is brought to our Local Rule LGnR4-3 in regard to resident counsel requirements. A copy of this district's Local Court Rules can be obtained from our public web site at www.oknd.uscourts.gov.

  If you have any questions, please feel free to contact this office.

Very truly yours,

Heidi D. Campbell, Clerk of Court

s/ L. Tiefenthaler

By: Lynn Tiefenthaler, Case Administrator