## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO MUNGUIA,<br><br>　　　　Defendant. | **CERTIFICATE OF SERVICE**<br><br>Case Action No. 24-cv-394 |

I hereby certify that, on this 28th day of August, 2024, I caused to be sent by United States Postal Service, the MOTION FOR LEAVE TO APPEAR ANONYMOUSLY and supporting papers, and thereby caused service of the foregoing document on non-ECF participant Defendant to the following address of record:

　　Mr. Ricardo Munguia
　　5504 S 74th East Ave
　　Tulsa, OK 74145-7761

　　　　　　　　　　　　　　　　　　　　/s/Daniel Szalkiewicz
　　　　　　　　　　　　　　　　　　　　By: Daniel S. Szalkiewicz, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff