

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| JANE DOE, <br><br> *Plaintiff(s)* <br> v. <br> RICARDO MUNGUIA <br><br> *Defendant(s)* | Civil Action No. 24-cv-00394-SH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mr. Ricardo Munguia
5504 S 74th East Ave
Tulsa, OK 74145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Szalkiewicz
Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Heidi D. Campbell

Date: SEP 0 9 2024

*Signature of Clerk or Deputy Clerk*



*mailed to attorney*