AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    4:24-CV-00394-SH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **RICARDO MUNGUIA**
was recieved by me on  **9/12/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **John Doe**, a person of suitable age and discretion who resides at **5504 S 74th East Ave, Tulsa, OK 74145**, on **09/12/2024 at 1:33 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   09/12/2024

*Server's signature*

**Madison Duncan**
*Printed name and title*

**2860 W 115th PL S Jenks, Ok 74037**
**Jenks, OK 74037**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who identified themselves as the subject's sibling, co-resident. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**




Tracking #: **0142864123**