UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Jane Doe,<br><br>                      Plaintiff(s),<br>vs.<br><br>Ricardo Munguia,<br><br>                      Defendant(s). | Case No.:   24-cv-00394-SH<br><br><br>**CLERK'S ENTRY OF DEFAULT** |

     It appears from the files and records of this Court as of October 22, 2024, and the affidavit of Daniel S. Szalkiewicz, that the defendant(s), Ricardo Munguia against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

     Now, therefore, I, Heidi D. Campbell, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).

                                           Heidi D. Campbell, Clerk of Court

                                           s/D. Ambrosio
                                           By: D. Ambrosio, Deputy Clerk