**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>RICARDO MUNGUIA,<br><br>      Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case Action No. 24-cv-394 GKF-SH |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Jane Doe and or her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant.

Dated: December 2, 2024
      New York, New York

 

Daniel Szalkiewicz & Associates, P.C.
By:   */s/ Daniel S. Szalkiewicz*
Daniel S. Szalkiewicz, Esq.
*Attorneys for Plaintiff Jane Doe*
23 West 73rd Street, Suite 102
New York, NY 10023
Tel: (212) 706-1007
Fax: (646) 849-0033
daniel@lawdss.com

CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of December, 2024, I caused to be sent by United States Postal Service, the NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i), and thereby caused service of the foregoing document on non-ECF participant Defendant to the following address of record:

Mr. Ricardo Munguia
5504 S 74th East Ave
Tulsa, OK 74145-7761

/s/Daniel Szalkiewicz
By: Daniel S. Szalkiewicz, Esq.
Attorney for Plaintiff